HENRY ET AL. *v.* WARNER, SECRETARY OF THE
NAVY, ET AL.

No. A–1124.   Decided May 18, 1973

MR. JUSTICE DOUGLAS, Circuit Justice.

The application for an order vacating the stay of the
Court of Appeals is denied on the representation of the
Solicitor General that the named applicants in the case
have all been released from confinement and that within
the Central District of California no persons are cur-
rently confined in any military detention facility as a
result of a conviction by summary court-martial without
the aid of counsel.   Whether the District Court has
authority to issue a writ of habeas corpus for unnamed
members of the class outside the District and/or on a
worldwide basis is so novel a question that an order
granting such relief should be issued only after full
argument.   Application denied.